ROB ROY S. CONVERSE v. CENTRAL HANOVER BANK AND TRUST COMPANY and Others, Impleaded with A. L. HAWSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PARKE A. GALLEHER v. WILLIS D. WOOD and Another.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of COMITE FRANCAIS D'ASSISTANCE LEGALE, INC. (French Committee of Legal Aid), for the Approval of Its Existence, Organization and Incorporation and for Permission to Commence Its Operations under and Pursuant to the Terms of Its Certificate of Incorporation, and under and Pursuant to Section 280 of the Penal Law of the State of New York.— Motion granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WEINER, Impleaded, etc. — Motion granted in so far as to extend appellant's time in which to file the record on appeal and appellant's points to and including November 9, 1933, with notice of argument for November 23, 1933, and the case preferred and set down for argument for November 23, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK LEWIN.— Motion granted, and appellant's time to file the record on appeal and appellant's points extended to and including December 18, 1933, with notice of argument for January 2, 1934. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SHIRLEY KARRON v. DAVID E. KARRON.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession, etc., of NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY v. HARRY J. WINSER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before November 29, 1933, with notice of argument for December 8, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LESTER L. JONES and Others v. THE BOWERY SAVINGS BANK, Impleaded, etc.— Motion granted on condition that appellants procure the record on appeal to be filed on or before November 16, 1933, with notice of argument for November 24, 1933; otherwise, that appeals be dismissed. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.